UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHPRESIM HAXHAJ,

                Petitioner,

        -against-

ERIC WILLIAMS,

                Respondent.

24-CV-8441 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 14, 2024, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* (IFP) or pay the $5.00 fee required to file a petition for a writ of *habeas corpus* in this court. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    December 18, 2024
          New York, New York

                          /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                       Chief United States District Judge